UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LIBERTY MUTUAL FIRE
INSURANCE CO., ET AL.,

      Plaintiffs,             No. 19-12648

v.                             District Judge Stephanie Dawkins Davis
                               Magistrate Judge R. Steven Whalen

NEXTGEN PAIN ASSOCIATES and
REHABILITATION, LLC, ET AL.,

      Defendants.
_____/

## ORDER

For the reasons and under the terms stated on the record on August 11, 2020, Plaintiffs' Motion to Compel Discovery [ECF No. 104] is GRANTED.

All Defendants will serve responses to Plaintiffs' discovery requests that are raised in this motion within 30 days of the date of this Order.

Defendants' failure to comply with this discovery order may result in sanctions, which may include monetary sanctions and/or entry of a default judgment.

IT IS SO ORDERED.

                                              s/R. Steven Whalen
                                              R. STEVEN WHALEN
                                              United States Magistrate Judge

Dated: August 11, 2020

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on August 11, 2020 electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager