# EXHIBIT C



MOHSEN S AWADA
MOHAMED CHEIKH
JOSEPH AWADA
6815 NECKEL ST
DEARBORN MI 48126-1838

Date: 1-14-19

Pay To The Order Of: Rida Salman     $ 2000.00

two thousand ———— Dollars

**Bank of America**

ACH R/T 072000805

For: [redacted]

Joseph Awada

Bank of America, N.A. 022756