UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LIBERTY MUTUAL FIRE INSURANCE
COMPANY; LM GENERAL INSURANCE
COMPANY; LM INSURANCE
CORPORATION; and SAFECO
INSURANCE COMPANY OF ILLINOIS,

        Plaintiffs,

v.

RELIEF PHYSICAL THERAPY &
REHAB, INC. d/b/a RELIEF REHAB;
WESTBORN PHYSICAL THERAPY,
LLC; FIRST STEP REHAB, INC.; FIVE
STAR COMFORT CARE LLC;
STEVE'S MEDICAL SUPPLY, INC.;
CITY 2 CITY TRANSPORTATION,
LLC; STEVEN AWADA; JOSEPH
AWADA; IMAD AWADA; ALI
MERHI; and MOHAMED CHEIKH,

        Defendants.

Hon. R. Steven Whalen
United States Magistrate Judge

C.A. No. 19-cv-12648-SDD-RSW

**INDEX OF EXHIBITS TO BRIEF IN SUPPORT OF PLAINTIFFS'
MOTION TO HOLD DEFENDANTS RELIEF PHYSICAL THERAPY &
REHAB, INC., FIRST STEP REHAB, INC., FIVE STAR COMFORT CARE,
LLC, CITY 2 CITY TRANSPORTATION, LLC, JOSEPH AWADA, IMAD
AWADA, ALI MERHI, AND MOHAMED CHEIKH IN CONTEMPT AND
FOR SANCTIONS**

| Exhibit | Description |
|---------|-------------|
| A | Chart Showing 64 Pending State Court Cases Filed by the Defendants, Confirming That They Are Fully Able to Litigate When It Is in Their Interests to Do So |
| B | Court Docket in the Matter Relief Physical Therapy & Rehab Inc. v. Nationwide Ins. Co., Docket No. 2020-001168-NF, Confirming That the Defendants Lied to the Court When Stating That They Are Unable to Participate in Discovery |
| C | Defendant Imad (Phil) Awada Facebook Pages Showing That He Was Not Traveling and Could Have Followed the Court's Orders |

Respectfully Submitted,

SMITH & BRINK

/s/ Jacquelyn A. McEttrick

_____

Nathan A. Tilden (P76969)
ntilden@smithbrink.com
Jacquelyn A. McEttrick
jmcettrick@smithbrink.com
Andrew H. DeNinno
adeninno@smithbrink.com
38777 Six Mile Road, Suite 314
Livonia, MI 48152
(734) 521-9000

350 Granite St., Suite 2204
Braintree, MA 02184
(617) 770-2214

*Attorneys for Plaintiffs*

Dated: October 7, 2020