# EXHIBIT A

Case 4:19-cv-12648-SDD-RSW   ECF No. 118-2, PageID.3854   Filed 10/07/20   Page 2 of 2

Liberty Mutual Fire Insurance Company, et al. v. Relief Physical Therapy & Rehab, Inc. d/b/a Relief Rehab, et al.

Exhibit A - Chart of 64 Pending Cases Which the Defendants Are Actively Litigating in 2020

| Plaintiff | Defendant | Court | Docket No. | Date Filed |
|---|---|---|---|---|
| City 2 City Transportation, LLC | Progressive Mutual Insurance Company & Progressive Marathon Insurance Company | 16th Judicial Circuit Court | 2020-009074-XX | 9/21/2020 |
| Five Star Comfort Care, LLC | Allstate Insurance Company | 22nd Judicial Circuit Court | 20-000916-NF | 9/11/2020 |
| Five Star Comfort Care, LLC | Auto Club Insurance Association | 22nd Judicial Circuit Court | 20-000734-NF | 8/3/2020 |
| Five Star Comfort Care, LLC | West Bend Mutual Insurance Company | Wayne County Circuit Court | 20-008968-NF | 7/16/2020 |
| Relief Physical Therapy & Rehab, Inc. (Antonio Hammeck) | Farm Bureau General Insurance Company of Michigan and Farm Bureau Mutual Insurance Company of Michigan | Wayne County Circuit Court | 20-008212-NI | 6/30/2020 |
| Five Star Comfort Care, LLC | Berkshire Hathaway Homestate Insurance Company | 22nd Judicial Circuit Court | 20-000586-NF | 6/22/2020 |
| Five Star Comfort Care LLC and Relief Physical Therapy & Rehab, Inc. | Esurance Insurance Company & Esurance Property and Casualty Insurance Company | Wayne County Circuit Court | 20-007816-NF | 6/22/2020 |
| Relief Physical Therapy & Rehab, Inc. and City 2 City Transportation, LLC | Auto Club Insurance Association | 16th Judicial Circuit Court | 2020-001641-NF | 5/4/2020 |
| Relief Physical Therapy & Rehab, Inc. | Travelers Casualty & Surety Company and Indian Harbor Insurance Company | 15th District Court | 20-2758-GC | 5/1/2020 |
| Relief Physical Therapy & Rehab, Inc. (Ariana Reynolds, Jumane Reynolds, and Marcus Ward) | Citizens Insurance Company of the Midwest and Enterprise Leasing Company of Detroit, LLC | Wayne County Circuit Court | 20-005616-NF | 4/23/2020 |
| City 2 City Transportation, LLC | Travelers Property and Casualty Insurance Company and Indian Harbor Insurance Company | 16th Judicial Circuit Court | 2020-001457-NF | 4/16/2020 |
| City 2 City Transportation, LLC | Freemont Insurance Company | 16th Judicial Circuit Court | 2020-001458-NF | 4/16/2020 |
| Relief Physical Therapy & Rehab, Inc. | Indian Harbor Insurance Company | 16th Judicial Circuit Court | 2020-001451-NF | 4/16/2020 |
| Five Star Comfort Care, LLC (Tiffany Dupree) | Allstate Fire and Casualty Insurance Company & Allstate Insurance Company | Wayne County Circuit Court | 20-005152-NI | 4/10/2020 |
| Five Star Comfort Care, LLC | United Services Automobile Association, USAA Casualty Insurance Company, and USAA General Indemnity Company | Wayne County Circuit Court | 20-005032-NF | 4/7/2020 |
| Five Star Comfort Care, LLC (Oliver Bakeman) | Citizens Insurance Company of the Midwest | Wayne County Circuit Court | 20-004770-NF | 3/30/2020 |
| City 2 City Transportation, LLC | Auto Club Insurance Association | 16th Judicial Circuit Court | 2020-001256-NF | 3/27/2020 |
| Relief Physical Therapy & Rehab, Inc. and City 2 City Transportation | Nationwide Insurance Company | 16th Judicial Circuit Court | 2020-001168-NF | 3/20/2020 |
| Relief Physical Therapy & Rehab, Inc. (Martez McCoy) | Integon National Insurance Company and National General Insurance Company | Wayne County Circuit Court | 20-004317-NI | 3/19/2020 |
| Relief Physical Therapy & Rehab, Inc. | Everest National Insurance Company | Wayne County Circuit Court | 20-002799-NF | 2/21/2020 |
| Relief Physical Therapy & Rehab, Inc. (Ali Fakih) | Esurance Insurance Company and Esurance Property and Casualty Insurance Company | Wayne County Circuit Court | 20-002668-NF | 2/20/2020 |
| Relief Physical Therapy & Rehab, Inc. (Lamont Ellsberry) | Allstate Fire and Casualty Insurance Company | Wayne County Circuit Court | 20-000908-NF | 1/21/2020 |
| Relief Physical Therapy & Rehab, Inc. (Diane Bradley) | Allstate Fire and Casualty Insurance Company | Wayne County Circuit Court | 20-000761-NF | 1/17/2020 |
| Five Star Comfort Care, LLC (Kaylin Taylor) | Indian Harbor Insurance Company and Liberty Mutual Insurance Company | 15th District Court | 19-6879-GC | 12/23/2019 |
| Relief Physical Therapy & Rehab, Inc. | Liberty Mutual Insurance Company | 15th District Court | 19-6877-GC | 12/23/2019 |
| Relief Physical Therapy & Rehab, Inc. | Citizens Insurance Company | 15th District Court | 19-6881-GC | 12/23/2019 |
| Relief Physical Therapy & Rehab, Inc. (Ghada Ghamlouche) | Meemic Insurance Company | Wayne County Circuit Court | 19-017036-NF | 12/19/2019 |
| Relief Physical Therapy & Rehab, Inc. | Allstate Insurance Company & Bristol West Preferred Insurance Company | 43rd District Court | 19-052288-GC | 12/17/2019 |
| Abdulsalam Al-Jashash (Plaintiff) and Relief Physical Therapy & Rehab, Inc. (Intervening Plaintiff) | Meemic Insurance Company | Wayne County Circuit Court | 19-016866-NF | 12/16/2019 |
| Five Star Comfort Care, LLC | State Farm Mutual Automobile Insurance Company | 15th District Court | 19-6561-GC | 12/12/2019 |
| Relief Physical Therapy & Rehab, Inc. (Mohamad Salah Bazzi) | GEICO Indemnity Company | Wayne County Circuit Court | 19-016507-NF | 12/9/2019 |
| Five Star Comfort Care, LLC | Travelers Casualty & Surety Company | 15th District Court | 19-6285-GC | 12/3/2019 |
| Relief Physical Therapy & Rehab, Inc. (Keisha Mosley & Richana Mosley) | Farmers Insurance Exchange | Wayne County Circuit Court | 19-016122-NF | 12/3/2019 |
| Relief Physical Therapy & Rehab, Inc. (Sherod Houston) | State Farm Mutual Automobile Insurance Company | Wayne County Circuit Court | 19-016137-NF | 12/3/2019 |
| Relief Physical Therapy & Rehab, Inc. (Star Joyce) | Meemic Insurance Company | Wayne County Circuit Court | 19-015952-NF | 11/27/2019 |
| Relief Physical Therapy & Rehab, Inc. | Citizens Insurance Company of the Midwest | 22nd Judicial Circuit Court | 19-001225-NF | 11/13/2019 |
| Gerald Smith (Plaintiff) and Relief Physical Therapy & Rehab, Inc. (Intervening Plaintiff) | Farm Bureau Mutual Insurance Company of Michigan, Farm Bureau General Insurance Company of Michigan, and Michigan Automobile Insurance Placement Facility | 16th Judicial Circuit Court | 2019-004467-NI | 11/4/2019 |
| Relief Physical Therapy & Rehab, Inc. | Allstate Insurance Company | 22nd Judicial Circuit Court | 19-001127-NF | 10/18/2019 |
| Relief Physical Therapy & Rehab, Inc. | GEICO Indemnity Company | 22nd Judicial Circuit Court | 19-001112-NF | 10/15/2019 |
| Relief Physical Therapy & Rehab, Inc. (Kaylin Taylor) | Liberty Mutual Insurance Company | 43rd District Court | 19-066322-GC | 10/15/2019 |
| Relief Physical Therapy & Rehab, Inc. (Alicia Lawrence) | Auto Club Insurance Association | Wayne County Circuit Court | 19-013549-NF | 10/10/2019 |
| Ervin Dell & Sylvia Cain (Plaintiffs) and Relief Physical Therapy & Rehab, Inc. | State Farm Mutual Automobile Insurance Company | Wayne County Circuit Court | 19-013453-NF | 10/9/2019 |
| Relief Physical Therapy & Rehab, Inc. (Terry Moorer) | Farmers Insurance Exchange | Wayne County Circuit Court | 19-013429-NF | 10/9/2019 |
| Relief Physical Therapy & Rehab, Inc. | Progressive Marathon Insurance Company | 15th District Court | 19-4880-GC | 10/2/2019 |
| Relief Physical Therapy & Rehab, Inc. | USAA Casualty Insurance Company | 15th District Court | 19-4762-GC | 9/25/2019 |
| Relief Physical Therapy & Rehab, Inc. | Auto Club Insurance Association | 15th District Court | 19-4759-GC | 9/25/2019 |
| Relief Physical Therapy & Rehab, Inc. | Berkshire Hathaway Homestate Insurance Company | 15th District Court | 19-4761-GC | 9/25/2019 |
| First Step Rehab, Inc. (Lynie Gaines) | SAFECO Insurance Company of America | 22nd Judicial Circuit Court | 19-001030-CZ | 9/25/2019 |
| Relief Physical Therapy & Rehab, Inc. | Integon National Insurance Company | 22nd Judicial Circuit Court | 19-001031-CZ | 9/25/2019 |
| Relief Physical Therapy & Rehab, Inc. | American Select Insurance Company | 22nd Judicial Circuit Court | 19-001032-NF | 9/25/2019 |
| Relief Physical Therapy & Rehab, Inc. | Progressive Marathon Insurance Company | 15th District Court | 19-4643-GC | 9/19/2019 |
| Relief Physical Therapy & Rehab, Inc. | Auto Club Insurance Association | 22nd Judicial Circuit Court | 19-001013-NF | 9/19/2019 |
| First Step Rehab, Inc. | Meemic Insurance Company | Oakland County Circuit Court | 2019-175573-NF | 7/31/2019 |
| Relief Physical Therapy & Rehab, Inc. | Allstate Insurance Company | Wayne County Circuit Court | 19-008676-NF | 6/21/2019 |
| Marvie Gardner & Angela Peoples (Plaintiffs) and Relief Physical Therapy & Rehab, Inc. | State Farm Mutual Automobile Insurance Company | Wayne County Circuit Court | 19-007845-NF | 5/31/2019 |
| Relief Physical Therapy & Rehab, Inc. (Kenny Walker) | Liberty Mutual Insurance Company | 43rd District Court | 19-065630-GC | 4/1/2019 |
| Relief Physical Therapy & Rehab, Inc. (Benjamin Moore) | Liberty Mutual Insurance Company and Progressive Marathon Insurance Company | 43rd District Court | 19-065586-GC | 3/19/2019 |
| Five Star Comfort Care, LLC | State Farm Mutual Automobile Insurance Company and Metropolitan Group Property and Casualty Insurance Company | Oakland County Circuit Court | 2019-172173-CZ | 2/28/2019 |
| Relief Physical Therapy & Rehab, Inc. (Doha Alsaidi) | Liberty Mutual Insurance Company | 41-A District Court | S-19-916-GC | 2/27/2019 |
| Five Star Comfort Care, LLC | Esurance Insurance Company | Oakland County Circuit Court | 2019-171981-NF | 2/20/2019 |
| Five Star Comfort Care, LLC (Jones) | Liberty Mutual Insurance Company | 43rd District Court | 19-051206-GC | 2/19/2019 |
| Five Star Comfort Care, LLC (John Brown) | SAFECO Insurance Company of America | Oakland County Circuit Court | 2019-171899-NF | 2/15/2019 |
| Relief Physical Therapy & Rehab, Inc. (John Brown) | SAFECO Insurance Company of America | 43rd District Court | 19-051162-GC | 2/5/2019 |
| Relief Physical Therapy & Rehab, Inc. and City 2 City Transportation, LLC (Jones) | Liberty Mutual General Insurance Company | Oakland County Circuit Court | 2018-170042-CZ | 11/20/2018 |