# EXHIBIT B

10/6/2020                                          Case Details - CourtView Justice Solutions

## 2020-001168-NF RELIEF PHYSICAL THERAPY & REHAB INC et al vs. NATIONWIDE INSURANCE COMPANY DMD

- Case Type:
- NF-NO FAULT AUTO INSURANCE
- Case Status:
- Open
- File Date:
- 03/20/2020
- DCM Track:
- TRACK 120 DAYS DISCOVERY
- Action:
- WITH JURY DEMAND
- Status Date:
- 03/20/2020
- Case Judge:
- DRUZINSKI, DIANE M
- Next Event:
-

All Information    Docket    Party    Event    Financial    Receipt    Disposition

### Docket Information

| Date | Description | Docket Text | Amount Owed |
|------|-------------|-------------|-------------|
| 03/20/2020 | ENTRY FEE | ENTRY FEE  Receipt: 1232750  Date: 04/14/2020 | $150.00 |
| 03/20/2020 | JURY FEE | JURY FEE  Receipt: 1232750  Date: 04/14/2020 | $85.00 |
| 03/20/2020 | ELECTRONIC FILING SYSTEM FEE - CIVIL | ELECTRONIC FILING SYSTEM FEE - CIVIL  Receipt: 1232750  Date: 04/14/2020 | $25.00 |
| 03/20/2020 | COMPLAINT/PETITION FILED - CIVIL | COMPLAINT/PETITION FILED - CIVIL RELIEF PHYSICAL THERAPY & REHAB INC (PLAINTIFF); CITY 2 CITY TRANSPORT (PLAINTIFF); NATIONWIDE INSURANCE COMPANY (DEFENDANT); | |
| 03/20/2020 | JURY DEMAND | JURY DEMAND | |
| 03/20/2020 | SUMMONS ISSUED | SUMMONS ISSUED (EXP 06-19-2020) | |
| 03/20/2020 | CASE PLACED ON E-FILING STATUS PER ADMINISTRATIVE ORDER 2010-6 | CASE PLACED ON E-FILING STATUS PER ADMINISTRATIVE ORDER 2010-6 | |
| 04/24/2020 | SERVICE ON COMPLAINT FILED | SERVICE ON COMPLAINT FILED (OBDH=83963152) PROOF OF SERVICE ON COMPLAINT FILED CERT MAIL W/CARD / 4/20/2020 / NATIONWIDE INSURANCE COMPANY (DEFENDANT); | |
| 04/24/2020 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=83963153) | |
| 05/15/2020 | DOCUMENT FILED: | DOCUMENT FILED: (OBDH=84601535) DEFTS OBJECTIONS TO PLFTS NOTICE OF TAKING DEPOSITION, INTERROGS & REQUEST FOR PRODUCTION OF DOCUMENTS | |
| 05/15/2020 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=84601538) | |
| 05/15/2020 | PROOF OF SERVICE | PROOF OF SERVICE (OBDH=84601537) PROOF OF SERVICE | |
| 05/15/2020 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=84601539) | |
| 05/15/2020 | RELIANCE ON JURY DEMAND | RELIANCE ON JURY DEMAND (OBDH=84601536) RELIANCE ON JURY DEMAND | |

| Date | Description | Docket Text | Amount Owed |
|------|-------------|-------------|-------------|
| 05/15/2020 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=84601540) | |
| 05/15/2020 | ANSWER TO COMPLAINT | ANSWER TO COMPLAINT (OBDH=84601534) DETAILED ANSWER TO PLAINTIFFS COMPLAINT; AFFIRMATIVE DEFENSES NATIONWIDE INSURANCE COMPANY (DEFENDANT); Attorney: ENDRES, CHRISTOPHER P (75954) | |
| 05/15/2020 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=84601541) | |
| 05/18/2020 | DISCOVERY AND CASE EVALUATION ORDER ISSUED | DISCOVERY AND CASE EVALUATION ORDER ISSUED (N) IMAGE OF DISCOVERY AND CASE EVAL ORDER Sent on: 05/18/2020 15:36:37.66 | |
| 05/19/2020 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=84667557) | |
| 05/22/2020 | CASE EVAL AFTER: SUMMARY DISPO MOTION BY: PLTF'S WITNESS LIST BY: DEFT'S WITNESS LIST BY: | CASE EVAL AFTER: 09/15/20 SUMMARY DISPO MOTION BY: 12/14/20 PLTF'S WITNESS LIST BY: 07/02/20 DEFT'S WITNESS LIST BY: 07/17/20 | |
| 06/25/2020 | MOTION FOR SUMMARY DISPOSITION | MOTION FOR SUMMARY DISPOSITION (OBDH=85741854) DEFTS MOTION FOR SUMMARY DISPOSITION PURSUANT TO MCR 2.116(C)(4) AND 2.116(C)(8), BRF IN SUPPORT W/EXHS | |
| 06/25/2020 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=85741856) | |
| 06/25/2020 | NOTICE OF HEARING | NOTICE OF HEARING (OBDH=85741850) NOTICE OF HEARING | |
| 06/25/2020 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=85741860) | |
| 06/25/2020 | PROOF OF SERVICE | PROOF OF SERVICE (OBDH=85741852) PROOF OF SERVICE | |
| 06/25/2020 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=85741859) | |
| 06/25/2020 | REQUEST FOR HEARING ON A MOTION; NOTICE OF HEARING; PROOF OF SERVICE | REQUEST FOR HEARING ON A MOTION; NOTICE OF HEARING; PROOF OF SERVICE (OBDH=85741855) REQUEST FOR HEARING ON A MOTION; NOTICE OF HEARING; PROOF OF SERVICE (DEFTS MSD) | |
| 06/25/2020 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=85741857) | |
| 06/26/2020 | HEARING: MTN FOR SUMMARY DISP SCHEDULED | HEARING: MTN FOR SUMMARY DISP SCHEDULED Event: (E) MTN FOR SUMMARY DISPOSITION Date: 07/13/2020   Time: 8:30 am Judge: DRUZINSKI, DIANE M   Location: COURT BUILDING - 2ND FLOOR - COURTROOM 2SE ENDRES - HILL Result: NOT HELD - ORDER TO ENTER | |
| 06/26/2020 | MOTION FEE | MOTION FEE Filing Fee mt Receipt:   Date: 6/26/2020 10:07:20 AM  Receipt: 1242064 Date: 06/26/2020 | $20.00 |
| 06/26/2020 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=85804601) | |
| 06/26/2020 | PROOF OF SERVICE | PROOF OF SERVICE (OBDH=85805586) PROOF OF SERVICE | |
| 06/26/2020 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=85805588) | |
| 06/26/2020 | RE-NOTICE OF HEARING | RE-NOTICE OF HEARING (OBDH=85805587) RE-NOTICE OF HEARING | |
| 06/26/2020 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE (OBDH=85805590) | |

Case Details - CourtView Justice Solutions

| Date | Description | Docket Text | Amount Owed |
|------|-------------|-------------|-------------|
| 07/06/2020 | DOCUMENT FILED: | DOCUMENT FILED:<br>(OBDH=85993370) PLTFS RESPONSE TO DEFTS MOTION FOR SUMMARY DISPOSITION PURSUANT TO MCR 2.116(C)(4) AND 2.116(c)(8) | |
| 07/06/2020 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE<br>(OBDH=85993373) | |
| 07/10/2020 | NOT HELD - ORDER TO ENTER | NOT HELD: DEFT MTN FOR SUMM DISP PURS TO MCR 2. 116(C)(4) & (C)(8)- CRT WAIVES ORAL ARGS PURS TO MCR 2.119(E)(3) DUE TO COVID19 & WILL ISSUE WRITTEN DECISION - OTE<br>The following event: (E) MTN FOR SUMMARY DISPOSITION scheduled for 07/13/2020 at 8:30 am has been resulted as follows:<br><br>Result: NOT HELD - ORDER TO ENTER<br>Judge: DRUZINSKI, DIANE M     Location: COURT BUILDING - 2ND FLOOR - COURTROOM 2SE | |
| 07/11/2020 | ORDER SIGNED: | ORDER SIGNED:<br>(OBDH=86185337) ORDER DENYING DEFTS MTN FOR SUMM DISP PURS TO MCR 2. 116(C)(4) & (C)(8) - SGD | |
| 07/13/2020 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE<br>(OBDH=86193542) | |
| 07/16/2020 | DEFENDANTS WITNESS LIST | DEFENDANTS WITNESS LIST<br>(OBDH=86347684) DEFENDANTS WITNESS, EXPERT AND EXHIBIT LIST; PRF OF SVC | |
| 07/16/2020 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE<br>(OBDH=86347685) | |
| 07/16/2020 | PLAINTIFF'S WITNESS LIST | PLAINTIFF'S WITNESS LIST<br>(OBDH=86350108) PLAINTIFFS WITNESS LIST, PRF OF SVC | |
| 07/16/2020 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE<br>(OBDH=86350113) | |
| 07/23/2020 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE<br>(OBDH=86635512) | |
| 08/14/2020 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE<br>(OBDH=87433907) | |
| 08/14/2020 | NOTICE OF TAKING DEPOSITIONS | NOTICE OF TAKING DEPOSITIONS<br>(OBDH=87433899) NOTICE OF TAKING DUCES TECUM DEPOSITION OF PLAINTIFFS REPRESENTATIVE(S) | |
| 08/14/2020 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE<br>(OBDH=87433903) | |
| 08/14/2020 | INTERROGATORIES | INTERROGATORIES<br>(OBDH=87433900) DEFENDANTS INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF | |
| 08/14/2020 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE<br>(OBDH=87433906) | |
| 08/14/2020 | REQUEST FOR ADMISSIONS | REQUEST FOR ADMISSIONS<br>(OBDH=87433901) DEFENDANTS REQUESTS TO ADMIT, SECOND INTERROGATORIES AND SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF | |
| 08/14/2020 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE<br>(OBDH=87433908) | |
| 08/14/2020 | PROOF OF SERVICE | PROOF OF SERVICE<br>(OBDH=87433902) PROOF OF SERVICE | |
| 08/14/2020 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE<br>(OBDH=87433905) | |
| 08/28/2020 | RESPONSE TO REQUEST FOR ADMISSIONS | RESPONSE TO REQUEST FOR ADMISSIONS<br>(OBDH=87902360) PLTFS RESPONSE TO DEFTS REQUEST TO ADMIT TO PLTF - PROOF OF SERVICE | |
| 08/28/2020 | TRUEFILING PROOF OF SERVICE | TRUEFILING PROOF OF SERVICE<br>(OBDH=87902386) | |

## Party Information

**RELIEF PHYSICAL THERAPY & REHAB INC - PLAINTIFF**

- DOB
  - 
- DOD
  - 
- Disposition
  - 
- Disp Date
  - 

**Alias**

**Party Attorney**
- Attorney
- YALDO, FANCY F
- Bar Code
- 78046

More Party Information

**CITY 2 CITY TRANSPORT - PLAINTIFF**

- DOB
  - 
- DOD
  - 
- Disposition
  - 
- Disp Date
  - 

**Alias**

**Party Attorney**
- Attorney
- YALDO, FANCY F
- Bar Code
- 78046

More Party Information

**NATIONWIDE INSURANCE COMPANY - DEFENDANT**

- DOB
  - 
- DOD
  - 
- Disposition
  - 
- Disp Date
  - 

**Alias**

**Party Attorney**
- Attorney
- ENDRES, CHRISTOPHER P
- Bar Code
- 75954

More Party Information

## Events

| Date/Time | Location | Type | Result | Event Judge |
|---|---|---|---|---|
| 07/13/2020 08:30 AM | COURT BUILDING - 2ND FLOOR - COURTROOM 2SE | (E) MTN FOR SUMMARY DISPOSITION | NOT HELD - ORDER TO ENTER | DRUZINSKI, DIANE M |

## Financial Summary

| Cost Type | Amount Owed | Amount Paid | Amount Adjusted | Amount Outstanding |
|---|---|---|---|---|
| FILING FEE | $260.00 | $260.00 | $0.00 | $0.00 |
| MOTION FEE | $20.00 | $20.00 | $0.00 | $0.00 |
| Total | Total $280.00 | Total $280.00 | Total $0.00 | Total $0.00 |

## Receipts

| Receipt Number | Receipt Date | Received From | Payment Amount |
|---|---|---|---|
| 1232750 | 04/14/2020 | RELIEF PHYSICAL THERAPY & REHAB INC | $260.00 |
| 1242064 | 06/26/2020 | F1B8E0D5-4F45-4D04-D8B1-08D6170014E0 | $20.00 |
| Total | Total | Total | Total $280.00 |

## Case Disposition

Case Details - CourtView Justice Solutions

| Disposition | Date | Case Judge |
|---|---|---|
| UNDISPOSED | | DRUZINSKI, DIANE M |