# EXHIBIT C







**Phil Awada**
September 18 at 9:17 PM

Hi friends, after using the gym for storage during this evil pandemic, The Detroit boxing jungle will reopen November 1. Please stay safe and healthy



52    11 Comments  4 Shares

Like            Comment            Share

**Phil Awada**
September 20 at 8:09 PM

Hanging out with my best friend Alvin and his mate Roxy . Hope everyone is safe , healthy and happy



















