UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY; LM GENERAL INSURANCE COMPANY; LM INSURANCE CORPORATION; and SAFECO INSURANCE COMPANY OF ILLINOIS,<br><br>Plaintiffs,<br><br>v.<br><br>RELIEF PHYSICAL THERAPY & REHAB, INC. d/b/a RELIEF REHAB; FIRST STEP REHAB, INC.; FIVE STAR COMFORT CARE LLC; CITY 2 CITY TRANSPORTATION, LLC; JOSEPH AWADA; IMAD AWADA; ALI MERHI; and MOHAMED CHEIKH,<br><br>Defendants. | Hon. Stephanie Dawkins Davis<br>United States District Judge<br><br>C.A. No. 19-cv-12648-SDD-RSW |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS RELIEF PHYSICAL THERAPY & REHAB, INC. d/b/a RELIEF REHAB; FIRST STEP REHAB, INC.; FIVE STAR COMFORT CARE LLC; CITY 2 CITY TRANSPORTATION, LLC; JOSEPH AWADA; IMAD AWADA; ALI MERHI; AND MOHAMED CHEIKH**

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed by and between plaintiffs Liberty Mutual Fire Insurance Company, LM General Insurance Company, LM Insurance Corporation, and Safeco Insurance Company of Illinois

(collectively, "Liberty Mutual") and defendants Relief Physical Therapy & Rehab, Inc. ("Relief Rehab"), First Step Rehab, Inc. ("First Step"), Five Star Comfort Care, LLC ("Five Star"), City 2 City Transportation, LLC ("City 2 City"), Joseph Awada, Imad Awada, Ali Merhi, and Mohamed Cheikh, by and through their undersigned counsel, that Liberty Mutual's Complaint (*Docket Nos. 1 and 12*) be dismissed with prejudice as to Relief Rehab, First Step, Five Star, City 2 City, Joseph Awada, Imad Awada, Ali Merhi, and Mohamed Cheikh without costs or fees of any kind to any party.  It is hereby agreed by the parties that this Court shall retain jurisdiction to enforce the terms of settlement reached between the parties.

[SIGNATURE PAGE FOLLOWS]

STIPULATED AND AGREED TO THIS 11th DAY OF JANUARY, 2021:

| | |
|---|---|
| *Liberty Mutual Fire Insurance Company, LM General Insurance Company, LM Insurance Corporation, and Safeco Insurance Company of Illinois*<br><br>By their Attorneys,<br><br>*/s/ Jacquelyn A. McEttrick*<br>_____<br>Nathan A. Tilden (P76969)<br>ntilden@smithbrink.com<br>Jacquelyn A. McEttrick<br>jmcettrick@smithbrink.com<br>Andrew H. DeNinno<br>adeninno@smithbrink.com<br>SMITH & BRINK<br>38777 Six Mile Road<br>Suite 314<br>Livonia, MI 48152<br><br>350 Granite Street<br>Suite 2204<br>Braintree, MA 02184<br>(617) 770-2214 | *Relief Physical Therapy & Rehab, Inc. d/b/a Relief Rehab, First Step Rehab, Inc., Five Star Comfort Care LLC, City 2 City Transportation, LLC, Joseph Awada, Imad Awada, Ali Merhi, and Mohamed Cheikh*<br><br>By their Attorney,<br><br>*/s/ Paul J. Whiting*<br>_____<br>Paul J. Whiting (P61570)<br>paul.whiting@844whiting.com<br>WHITING LAW<br>28819 Franklin Rd., Suite 200<br>Southfield, MI 48034<br>(248) 355-5900 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY; LM GENERAL INSURANCE COMPANY; LM INSURANCE CORPORATION; and SAFECO INSURANCE COMPANY OF ILLINOIS,<br><br>Plaintiffs,<br><br>v.<br><br>RELIEF PHYSICAL THERAPY & REHAB, INC. d/b/a RELIEF REHAB; FIRST STEP REHAB, INC.; FIVE STAR COMFORT CARE LLC; CITY 2 CITY TRANSPORTATION, LLC; JOSEPH AWADA; IMAD AWADA; ALI MERHI; and MOHAMED CHEIKH,<br><br>Defendants. | Hon. Stephanie Dawkins Davis<br>United States District Judge<br><br>C.A. No. 19-cv-12648-SDD-RSW |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS RELIEF PHYSICAL THERAPY & REHAB, INC. d/b/a RELIEF REHAB; FIRST STEP REHAB, INC.; FIVE STAR COMFORT CARE LLC; CITY 2 CITY TRANSPORTATION, LLC; JOSEPH AWADA; IMAD AWADA; ALI MERHI; AND MOHAMED CHEIKH**

This matter having come before the Court upon stipulation of the parties, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that plaintiffs' causes of action against defendants Relief Physical Therapy & Rehab, Inc., First Step Rehab, Inc., Five Star Comfort Care, LLC, City 2 City Transportation, LLC, Joseph Awada, Imad Awada, Ali Merhi, and Mohamed Cheikh are hereby dismissed with prejudice and without costs to any party.  The Court shall retain jurisdiction over this matter only to enforce the terms of settlement reached between the parties.

IT IS SO ORDERED.

Dated: January 12, 2021      s/Stephanie Dawkins Davis
                             HON. STEPHANIE DAWKINS DAVIS
                             United States District Judge