UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, *et al.*, | Case No. 19-12648 |
| Plaintiffs, | Stephanie Dawkins Davis United States District Judge |
| v. | |
| RELIEF PHYSICAL THERAPY & REHAB, INC. d/b/a RELIEF REHAB, *et al.*, | |
| Defendants. _____/ | |

## ORDER TO SHOW CAUSE

On October 26, 2021, Plaintiffs filed a motion for entry of judgment against Defendants Abdul Baydoun and Nura Kutob for breach of the confidential settlement agreement entered between the Parties. (ECF No. 136). Defendants Baydoun and Kutob have not filed a response.

Based on the foregoing, Defendants Baydoun and Kutob are **ORDERED** to show cause in writing on or before **February 22, 2022**, why the undersigned should not grant Plaintiffs' motion as a result of Defendants' failure to respond. **Failure to timely or adequately respond in writing to this Order to Show Cause may result in an order granting Plaintiffs' motion for entry of judgment against Defendants Abdul Baydoun and Nura Kutob**.

**IT IS SO ORDERED**.

Date: February 7, 2022                     s/Stephanie Dawkins Davis
                                           Stephanie Dawkins Davis
                                           United States District Judge