UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LIBERTY MUTUAL FIRE
INSURANCE COMPANY,
*et al.*,

        Plaintiffs,

vs.

NEXTGEN PAIN ASSOCIATES
AND REHABILITATION LLC,
*et al.*

        Defendants.
_____/

Civil Action No. 19-12648
HON. BERNARD A. FRIEDMAN
MAG. ELIZABETH A. STAFFORD

## ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, DIRECTING ABDUL BAYDOUN TO ATTEND A DEPOSITION, AND ORDERING HIM TO SHOW CAUSE AS TO WHY HE SHOULD NOT BE HELD IN CONTEMPT OF COURT

Before the Court is Magistrate Judge Elizabeth A. Stafford's November 9, 2023 Report and Recommendation. (ECF No. 196). The report recommends that the Court (1) direct Abdul Baydoun to sit for a deposition in this matter, and (2) order him to show cause as to why he should not be held in civil contempt for failing to appear for previously scheduled depositions. (*Id.*, PageID.4254). None of the parties objected to the report and recommendation pursuant to Fed. R. Civ. P. 72(b)(2).

This Court had an opportunity to fully review the matter and believes the magistrate judge reached the correct conclusions for the proper reasons. Accordingly,

IT IS ORDERED that Magistrate Judge Elizabeth A. Stafford's November 9, 2023 Report and Recommendation (ECF No. 196) is hereby accepted and adopted.

IT IS FURTHER ORDERED that Abdul Baydoun shall sit for a deposition in this matter by no later than **Monday, January 22, 2024**.

IT IS FURTHER ORDERED that Baydon shall show cause at an in-person hearing on *January 17, 2024 at 1:30 p.m.* as to why he should not be held in civil contempt for failing to appear for previously scheduled depositions.

**SO ORDERED.**

Dated: December 18, 2023
  Detroit, Michigan

s/Bernard A. Friedman
BERNARD A. FRIEDMAN
SENIOR U.S. DISTRICT JUDGE